# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| William L. Brown, ) | |
|     Plaintiff, ) | Case No: 3:16 CV 50168 |
| ) | |
| v. ) | |
| ) | Magistrate Judge: Iain D. Johnston |
| Nancy A. Berryhill, ) | |
| Acting Commissioner of Social Security, ) | |
|     Defendant. ) | |

## REPORT AND RECOMMENDATION

On the government's motion for an award of attorneys' fees under the Equal Access to Justice Act [21], the award requested is agreed and therefore it is this Court's Report and Recommendation that the motion be granted. Any objection is due by 3/23/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date:  March 9, 2017                        /s/ Iain D. Johnston
                                                                U.S. Magistrate Judge