## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| William L. Brown, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 16 C 50168 |
| | ) | |
| Nancy A, Berryhill, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [22] from the magistrate judge that this court grant the government's motion for an award of attorney's fees under the Equal Access to Justice Act. The amount requested is agreed upon and neither party has filed objections which were due by March 23, 2017. <u>See</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no errors, the court adopts the R&R in full and grant's the motion for attorney's fees [21]. This case is closed.

Date: 3/29/2017

ENTER:

FREDERICK J. KAPALA

District Judge